IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS HITE and DIANNA HITE, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-cv-1465-RJD |
| UNITED STATES OF AMERICA and VALERIE ROSS, | ) |
| Defendants. | ) |

**ORDER**

**DALY, Magistrate Judge:**

On March 24, 2023, Plaintiffs originally filed this case in the Circuit Court of the First Judicial Circuit, Pulaski County, in the State of Illinois. Doc. 1-2. Plaintiffs named Defendant Valerie Ross as the sole defendant, alleging that Plaintiff Thomas Hite suffered injuries from a motor vehicle accident caused by Defendant Ross's negligence. *Id*. Plaintiffs also allege that Dianna Hite suffered loss of consortium damages as a result of the accident. *Id*.

Defendant Ross, along with the USA, removed the case to this Court, explaining in the Notice of Removal that the accident occurred "in connection with Defendant Ross' employment as an employee of the United State Postal Service." Doc. 1. The USA submitted a certification (Doc. 1-3) in compliance with 28 U.S.C. § 2679(d)(2), which states:

> [U]pon certification… that the defendant employee was acting within the scope of [her] office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such a claim in a State court shall be removed without bond at any time before trial…to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references

thereto, and the United States shall be substituted as the party defendant.

The USA now moves to substitute itself as the defendant in this case and dismiss Valerie Ross. Doc. 3. Plaintiffs do not object. Accordingly, the USA's Motion to Substitute (Doc. 3) is GRANTED and Valerie Ross is DISMISSED WITHOUT PREJUDICE.

The USA also moves to dismiss this case because it replicates another case pending in this Court, Case No. 23-cv-971-RJD, Thomas Hite and Dianna Hite v. United States of America. The allegations in the Complaint against the United States in Case No. 23-cv-971 mirror the allegations in this case. The relief sought by Plaintiffs is also identical. The only difference between the two Complaints is that in Case No. 23-cv-971, Plaintiffs allege that Valerie Ross was acting within the scope of her employment for the United States Postal Service ("USPS) at the time of the accident; in the instant case, Plaintiffs did *not* allege that Valerie Ross was acting within the scope of her employment for the USPS at the time of the accident. Doc. 1-2, ¶¶ 4-7; Case No. 23-cv-971, Doc. 1, ¶3.

Plaintiffs contend that the two cases should be consolidated "so to avoid any unwanted dismissals." Doc. 9. Federal Rule of Civil Procedure 42 allows for two or more *distinct* cases to be consolidated when they involve a common question of law or fact. *Hall v. Hall*, --U.S.----, 138 S.Ct. 1118, 1127-29, 200 L.Ed.2d 399 (2018). Now that the USA has been substituted for Valerie Ross, nothing distinguishes the instant case from Case No. 23-cv-971. Keeping two identical cases pending on the Court's docket is not an efficient use of judicial resources. *See Serlin v. Arthur Anderson & Co., et al.*, 3 F.3d 221 (7th Cir. 1993). Therefore, the USA's Motion to Dismiss (Doc. 4) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

**DATED:   July 13, 2023**

/s/ *Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**